IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 3:13cr71-MHT |
| DERELLE BRADSHAW | ) | (WO) |

ORDER

Based on the representations made on the record on July 9, 2013, it is ORDERED as follows:

(1) Defendant's motion in limine (doc. no. 24) is reset for submission, without oral argument, on July 24, 2013.

(2) By July 16, 2013, the government is to file with the court the following: copies of the tapes and drawing at issue and a transcription of the tapes. The government is also to indicate which parts of the tapes (by indicating the pages and lines of the transcript) it intends to use at trial.

(3) By July 19, 2013, the defendant is to identify those parts of the tapes (by indicating the pages and lines of the transcript) to which he objects and why.

(4) By July 24, 2013, the government is to file a response.

DONE, this the 10th day of July, 2013.

                         /s/ Myron H. Thompson
                         **UNITED STATES DISTRICT JUDGE**